UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MADRID,<br><br>        Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS, Warden,<br><br>        Respondent. | 1:07-cv-0331 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (DOC. #8)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 17, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be GRANTED.  The Magistrate Judge further recommended that the Board of Parole Hearings be DIRECTED to reverse its February 28, 2006, decision, thereby ordering the release of Petitioner to any applicable term of parole provided by California law, with credit for time since the February 28, 2006, decision as if release had been granted and any other term credit which he is entitled to by law.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

1

On April 14, 2008, Respondent filed objections to the Findings and Recommendation.  Petitioner filed a reply to Respondent's objections on April 24, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and having considered the objections and opposition, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections and opposition, except as noted below.

Respondent's objections request a stay of the effect of this decision pending the decision on its petition for review en banc of Hayward, infra, although the Ninth Circuit's website does not show that en banc review has been granted.  This request is GRANTED, as the district court is required to follow Circuit court precedent; however, there appears to be a substantial legal question as to whether U.S. Supreme Court precedent is different from the applicable law of this circuit.

No certificate of appealability is required for an administrative decision made by the Board of Parole Hearings.

IT IS ORDERED that:

1.   The Findings and Recommendation issued March 17, 2008, is ADOPTED IN PART;

2.   The Petition for Writ of Habeas Corpus is GRANTED;

3.   Within thirty (30) days following issuance of the mandate in *Hayward v. Marshall*, 512 F.3d 536, 542, Respondent shall take the necessary steps to release Petitioner to any

applicable term of parole provided by California law, with credit for time since the February 28, 2006, decision as if release had been granted and any other term credit to which he is entitled by law.

IT IS SO ORDERED.

Dated:     **May 2, 2008**                             **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE